|   |   |
|---|---|
| ROSS H. DE SPENZA, | No. 2:14-cv-1212 KJM KJN P |
| Petitioner, | |
| v. | ORDER |
| DISTRICT ATTORNEY, LOS ANGELES COUNTY STATE OF CALIFORNIA, | |
| Respondents. | |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Petitioner, a state prisoner proceeding without counsel, and in forma pauperis, filed a motion styled, Motion for Order for Statute Enforcement." (ECF No. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 9, 2014, the undersigned filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within fourteen days. Subsequently, petitioner consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c). On June 23, 2014, petitioner filed a second consent to proceed before the undersigned for all purposes.

On July 11, 2014, the undersigned denied petitioner's motion for the reasons stated in the findings and recommendations, and judgment was entered. However, during the processing of this order, petitioner filed objections to the findings and recommendations. Therefore, the order is vacated so that the undersigned can review petitioner's objections.

1

1    In light of petitioner's consent, the June 9, 2014 findings and recommendations and order
2 directing the Clerk of the Court to assign a district judge are vacated, and the Clerk of the Court is
3 directed to remove the assignment of this case to the district court.  In addition, petitioner was
4 recently transferred to San Quentin; thus, the Clerk is directed to change petitioner's address as
5 set forth in his June 23, 2014 filing.  (ECF No. 6 at 1.)
6    Accordingly, IT IS HEREBY ORDERED that:
7    1.  The July 11, 2014 order and judgment (ECF Nos. 9, 10) are vacated;
8    2.  The June 9, 2014 findings and recommendations and order directing the Clerk of the
9 Court to assign a district judge (ECF No. 4) are vacated; and
10   3.  The Clerk of the Court is directed to re-open this action, remove the assignment of the
11 district judge to this case, and change petitioner's address as set forth in his June 23, 2014 filing.
12 (ECF No. 6 at 1.)
13 Dated:  July 18, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/desp1212.reo